IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Belinda Harris-Lewis | : | No. 23-11563-amc |
| Debtor | : | |

ORDER

AND NOW, this _28th_ day of ____June_____, 2023,
upon consideration of the Motion to Extend Stay Beyond the 30 Day
Period pursuant to 11 U.S.C. §362 it is hereby ORDERED that the
Motion is Granted, and the automatic stay shall remain in effect
as to all creditors for the remainder of this Chapter 13 case,
unless a creditor after filing of notice and a motion for relief
from automatic stay, and a hearing, subsequently obtains an order
granting relief from the automatic stay.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

cc:

    Scott F. Waterman, Trustee

    David M. Offen, Esquire