United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 23-11563-amc

Belinda Harris-Lewis                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                  User: admin                  Page 1 of 2
Date Rcvd: Jul 26, 2023            Form ID: pdf900            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Harris-Lewis, 1833 Wilmot Street, Philadelphia, PA 19124-3309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

**Name**                  **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Belinda Harris-Lewis dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2   User: admin   Page 2 of 2
Date Rcvd: Jul 26, 2023   Form ID: pdf900   Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Belinda Harris-Lewis          :     Chapter 13

        Debtor                          :     Bankruptcy No. 23-11563-amc

### CONSENT ORDER

**AND NOW**, this 10TH day of July, 2023 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

**ORDERED**, that because this is the Debtor's fourth Chapter 13 bankruptcy filing since 2016, if this case is dismissed for any reason Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years without further leave of court from date of dismissal order of case. And it is further

**ORDERED**, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: July 10, 2023

_____
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Date: 7/20/2023

_____
Attorney for Debtor

Date: 07/20/23

_____
Debtor

BY THE COURT:

_____
HON. ASHELY M. CHAN
BANKRUPTCY JUDGE

Date: July 26, 2023