| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 23-11563-AMC**

Belinda Harris-Lewis
1833 Wilmot Street
Philadelphia  PA    19124

Petition Filed Date: 05/29/2023
341 Hearing Date: 07/14/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/21/2023 | $275.00 | 216 | 07/05/2023 | $275.00 | 230 | 07/24/2023 | $275.00 | 232 |
| 07/31/2023 | ($275.00) | 232 | | | | | | |

**Total Receipts for the Period:  $550.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $825.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $977.57 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $694.59 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $1,037.66 | $0.00 | $0.00 |
| 4 | PINNACLE CREDIT SERVICES LLC »» 004 | Unsecured Creditors | $421.51 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $325.50 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $141.08 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $1,150.14 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $275.74 | $0.00 | $0.00 |
| 9 | PHILADELPHIA GAS WORKS »» 008 | Unsecured Creditors | $1,333.21 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC »» 009 | Mortgage Arrears | $24,793.67 | $0.00 | $0.00 |
| 11 | PECO ENERGY COMPANY »» 010 | Unsecured Creditors | $1,514.89 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11563-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $825.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $0.00 | Arrearages: | $275.00 |
| Paid to Trustee: | $74.25 | Total Plan Base: | $40,740.00 |
| Funds on Hand: | $750.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.