```
                  IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                              : Chapter 13

   Belinda Harris-Lewis                : Case No. 23-11563-amc

        Debtor(s)
```

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
NATIONSTAR MORTGAGE LLC AND CERTIFICATE OF SERVICE

1-5.  Admitted.

6-9.  Denied.

10.   No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated:  September 5, 2023

A copy of this Answer is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.