B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Belinda Harris-Lewis a/k/a Belinda Harris<br>Debtor(s) | Case No. 23-11563 AMC |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Nationstar Mortgage LLC**
Name of Transferee

Name and Address where notices to transferee should be sent:
Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741
Phone: 877-888-4623
Last Four Digits of Acct. #: 8608

**Nationstar Mortgage LLC**
Name of Transferor:

Court Claim #: 9
Amount of Claim: $72,933.23
Date Claim Filed: 7/31/2023
Phone: 877-343-5602
Last Four Digits of Acct#: 8608

Name and Address where transferee payments should be sent (if different from above)
Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741
Phone: 877-888-4623
Last Four Digits of Acct. #: 8608

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Denise Carlon_                                       Date: 3/19/2024
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.