# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Belinda Harris-Lewis a/k/a Belinda Harris**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 23-11563 AMC**<br><br>**Chapter 13** |
| **Nationstar Mortgage LLC**<br>　　　　　　　　　　**Movant**<br>　　**vs.**<br><br>**Belinda Harris-Lewis a/k/a Belinda Harris**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　**Trustee** | **Related to Claim No. 9** |

## CERTIFICATE OF SERVICE
### Transfer of Claim

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 8, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Belinda Harris-Lewis a/k/a Belinda Harris
1833 Wilmot Street
Philadelphia, PA 19124

Attorney for Debtor(s)
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: April 8, 2024

　　　　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esq.**
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esq.
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com