United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11563-amc |
| Belinda Harris-Lewis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 25, 2024 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Harris-Lewis, 1833 Wilmot Street, Philadelphia, PA 19124-3309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14785892 | | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2024 00:50:12 | American InfoSource LP, agent for Verizo, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14807878 | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14785893 | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14785894 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2024 00:38:06 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14785895 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 00:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14787757 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:37:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14785896 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2024 00:37:37 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14871887 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 00:28:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 14803769 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 00:28:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14785897 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 00:28:00 | Nationstar / Mr. Cooper, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14792424 | ^ | MEBN | Apr 25 2024 23:53:09 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14805458 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 26 2024 00:28:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14785900 | ^ | MEBN | Apr 25 2024 23:52:49 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14785902 | | Email/Text: CollectionsDept@PFCU.COM | Apr 26 2024 00:28:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PA 19154 |
| 14785903 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:38:21 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14785898 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 26 2024 00:28:00 | Peco Energy, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14785899 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14785901 | + | Email/Text: CollectionsDept@PFCU.COM | Apr 26 2024 00:28:00 | Philadelphia Fed Cr Un, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14787758 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:37:38 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14785904 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 00:28:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14785905 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 01:12:58 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14785910 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 26 2024 00:28:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14785911 | + | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | Water Revenue Bureau, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14785906 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14785907 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14785908 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14785909 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2     User: admin     Page 3 of 3

Date Rcvd: Apr 25, 2024     Form ID: 155     Total Noticed: 24

DAVID M. OFFEN
: on behalf of Debtor Belinda Harris-Lewis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
: on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
: on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
: on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
: ECFMail@ReadingCh13.com

United States Trustee
: USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Belinda Harris−Lewis<br>  aka Belinda Harris<br><br>  Debtor(s). | Case No. 23−11563−amc<br><br>Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

  **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 25, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court