| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11563-AMC**

Belinda Harris-Lewis
1833 Wilmot Street
Philadelphia  PA    19124

Petition Filed Date: 05/29/2023
341 Hearing Date: 07/14/2023
Confirmation Date: 04/25/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $275.00 | 234 | 08/15/2023 | $275.00 | 236 | 09/01/2023 | $275.00 | 246 |
| 09/19/2023 | $275.00 | 249 | 09/29/2023 | $275.00 | 251 | 10/18/2023 | $275.00 | 255 |
| 10/30/2023 | $275.00 | 258 | 11/13/2023 | $275.00 | 260 | 11/28/2023 | $275.00 | 261 |
| 12/06/2023 | $275.00 | 264 | 12/21/2023 | $275.00 | 266 | 01/09/2024 | $275.00 | 270 |
| 02/01/2024 | $670.00 | 272 | 02/07/2024 | $670.00 | 276 | 03/05/2024 | $670.00 | 281 |
| 03/18/2024 | $670.00 | 284 | 04/01/2024 | $670.00 | 286 | 04/15/2024 | $670.00 | 289 |
| 05/13/2024 | $670.00 | 293 | 05/13/2024 | $670.00 | 295 | 05/28/2024 | $670.00 | 298 |
| 06/11/2024 | $670.00 | 300 | 06/21/2024 | $670.00 | 303 | 07/09/2024 | $670.00 | 306 |
| 07/22/2024 | $275.00 | 309 | 07/22/2024 | $395.00 | 309 | | | |

**Total Receipts for the Period: $12,010.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,719.00 | $3,719.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $977.57 | $0.00 | $977.57 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $694.59 | $0.00 | $694.59 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $1,037.66 | $0.00 | $1,037.66 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $421.51 | $0.00 | $421.51 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $325.50 | $0.00 | $325.50 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $141.08 | $0.00 | $141.08 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $1,069.68 | $1,069.68 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $727.93 | $0.00 | $727.93 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 008 | Unsecured Creditors | $1,333.21 | $0.00 | $1,333.21 |
| 10 | RUSHMORE SERVICING<br>»» 09A | Mortgage Arrears | $24,793.67 | $5,648.92 | $19,144.75 |
| 11 | PECO ENERGY COMPANY<br>»» 010 | Unsecured Creditors | $1,514.89 | $0.00 | $1,514.89 |

**Chapter 13 Case No. 23-11563-AMC**

| 12 | CITY OF PHILADELPHIA (LD) »» 011 | Secured Creditors | $1,884.49 | $429.35 | $1,455.14 |
|----|----|----|----|----|----|
| 13 | RUSHMORE SERVICING »» 09B | Secured Creditors | $2,002.76 | $456.30 | $1,546.46 |
| 14 | AILP FOR VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PA DEPARTMENT OF REVENUE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PHILADELPHIA FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM GROUP LLC as agent for | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|----|----|----|----|
| Total Receipts: | $13,900.00 | Current Monthly Payment: | $825.00 |
| Paid to Claims: | $11,323.25 | Arrearages: | ($4,750.00) |
| Paid to Trustee: | $1,370.75 | Total Plan Base: | $47,100.00 |
| Funds on Hand: | $1,206.00 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.