| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11563-AMC

Belinda Harris-Lewis
1833 Wilmot Street
Philadelphia   PA   19124

Petition Filed Date: 05/29/2023
341 Hearing Date: 07/14/2023
Confirmation Date: 04/25/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2024 | $670.00 | 313 | 08/21/2024 | $670.00 | 311 | 09/04/2024 | $670.00 | 317 |
| 09/17/2024 | $670.00 | 320 | 09/27/2024 | $669.96 | 1009 | 10/11/2024 | $624.23 | 1035 |
| 10/25/2024 | $460.52 | 1045 | 11/06/2024 | $649.25 | 1056 | 11/20/2024 | $557.72 | 1064 |
| 12/06/2024 | $576.60 | 1070 | 12/20/2024 | $522.99 | 1077 | 01/02/2025 | $670.00 | 1085 |
| 01/16/2025 | $635.26 | 1094 | 01/29/2025 | $670.00 | 1104 | 02/14/2025 | $664.27 | 1111 |
| 02/26/2025 | $638.95 | 1117 | 03/13/2025 | $494.36 | 1126 | 03/26/2025 | $620.71 | 1136 |
| 04/09/2025 | $644.24 | 1143 | 04/28/2025 | $557.61 | 1151 | 05/07/2025 | $610.73 | 1161 |
| 05/21/2025 | $662.11 | 1169 | 06/03/2025 | $668.60 | 1178 | 06/18/2025 | $254.36 | 1184 |

**Total Receipts for the Period: $14,532.47   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,092.47**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,719.00 | $3,719.00 | $0.00 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $977.57 | $0.00 | $977.57 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $694.59 | $0.00 | $694.59 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $1,037.66 | $0.00 | $1,037.66 |
| 4 | PINNACLE CREDIT SERVICES LLC »» 004 | Unsecured Creditors | $421.51 | $0.00 | $421.51 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $325.50 | $0.00 | $325.50 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $141.08 | $0.00 | $141.08 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $1,069.68 | $1,069.68 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $727.93 | $0.00 | $727.93 |
| 9 | PHILADELPHIA GAS WORKS »» 008 | Unsecured Creditors | $1,333.21 | $0.00 | $1,333.21 |
| 10 | RUSHMORE SERVICING »» 09A | Mortgage Arrears | $24,793.67 | $17,154.96 | $7,638.71 |
| 11 | PECO ENERGY COMPANY »» 010 | Unsecured Creditors | $1,514.89 | $0.00 | $1,514.89 |
| 12 | CITY OF PHILADELPHIA (LD) »» 011 | Secured Creditors | $1,884.49 | $1,303.89 | $580.60 |

**Chapter 13 Case No. 23-11563-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | RUSHMORE SERVICING »» 09B | Secured Creditors | $2,002.76 | $1,385.73 | $617.03 |
| 14 | AILP FOR VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PA DEPARTMENT OF REVENUE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PHILADELPHIA FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP LLC as agent for | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,092.47 | Current Monthly Payment: | $825.00 |
| Paid to Claims: | $24,633.26 | Arrearages: | ($7,217.47) |
| Paid to Trustee: | $2,459.20 | Total Plan Base: | $47,100.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.