Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Belinda Harris-Lewis
1833 Wilmot Street
Philadelphia, PA 19124

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-11563-AMC**

Petition Filed Date: 05/29/2023
341 Hearing Date: 07/14/2023
Confirmation Date: 04/25/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,719.00 | $3,719.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $977.57 | $0.00 | $977.57 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $694.59 | $0.00 | $694.59 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $1,037.66 | $0.00 | $1,037.66 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $421.51 | $0.00 | $421.51 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $325.50 | $0.00 | $325.50 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $141.08 | $0.00 | $141.08 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $1,069.68 | $1,069.68 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $727.93 | $0.00 | $727.93 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 008 | Unsecured Creditors | $1,333.21 | $0.00 | $1,333.21 |
| 10 | RUSHMORE SERVICING<br>»» 09A | Mortgage Arrears | $24,793.67 | $17,154.96 | $7,638.71 |
| 11 | PECO ENERGY COMPANY<br>»» 010 | Unsecured Creditors | $1,514.89 | $0.00 | $1,514.89 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,884.49 | $1,303.89 | $580.60 |
| 13 | RUSHMORE SERVICING<br>»» 09B | Secured Creditors | $2,002.76 | $1,385.73 | $617.03 |
| 14 | AILP FOR VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PA DEPARTMENT OF REVENUE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PHILADELPHIA FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11563-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 17 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP LLC as agent for | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,092.47 | Current Monthly Payment: | $825.00 |
| Paid to Claims: | $24,633.26 | Arrearages: | $1,857.53 |
| Paid to Trustee: | $2,459.20 | Total Plan Base: | $47,100.00 |
| Funds on Hand: | $0.01 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.